UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHERYL RIEDEL, | ) | No. CV 18-4045-R (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TERRI L. McDONALD, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 5, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE